No. 11–8916. WINGO v. CITY OF SOUTH BEND, INDIANA. C. A. 7th Cir. Certiorari denied.

No. 11–8920. VALENZUELA v. ARIZONA DEPARTMENT OF CORRECTIONS HEALTH SERVICES ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–8921. VALENZUELA v. KENDALL ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–8928. DAVIS v. HOLMES, ADMINISTRATOR, SOUTH WOODS STATE PRISON. C. A. 3d Cir. Certiorari denied.

No. 11–8930. SEGOVIA CRUZ v. SALAZAR, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–8933. SMITH v. LAFRINERE ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–8938. REYES v. ADAMS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–8943. KEMPPAINEN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 11–8945. VASQUEZ-BONILLA v. UNITED UNION OF ROOFERS LOCAL 8 ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–8950. MICHUDA v. MINNESOTA BOARD OF PUBLIC DEFENSE ET AL. C. A. 8th Cir. Certiorari denied.

No. 11–8951. MICHUDA v. MINNESOTA ET AL. C. A. 8th Cir. Certiorari denied.

No. 11–8961. JORDAN v. GWINNETT COUNTY, GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–9032. WILLIAMS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–9035. NIXON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.